UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORISCO LUCILLE WILSON, individually and d/b/a/ IB PUBLIC HOUSE<br><br>Defendant. | Case No.: 19cv1744 DMS (WVG)<br><br>**ORDER (1) GRANTING MOTION TO VACATE DEFAULT AND (2) DENYING AS MOOT MOTION FOR DEFAULT JUDGMENT** |

This case comes before the Court on Defendant's motion to vacate default judgment. The Court has not entered default judgment against Defendant, but a default has been entered. Therefore, the Court construes the motion as one to vacate the default. Plaintiff does not oppose the motion. Therefore, Defendant's motion to vacate the default is granted. In light of this ruling, Plaintiff's motion for default judgment is denied as moot. Defendant shall file her Answer to the Complaint on or before **February 21, 2020**.

**IT IS SO ORDERED**.

Dated: February 14, 2020

Hon. Dana M. Sabraw
United States District Judge

1

19cv1744 DMS (WVG)